TUCKER ELLIS & WEST LLP
MOLLIE F. BENEDICT (State Bar No. 187084)
mollie.benedict@tuckerellis.com
MATTHEW I. KAPLAN (State Bar No. 177242)
matthew.kaplan@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:     213.430.3409

Attorneys for Defendants
JOHNSON & JOHNSON and
MCNEIL NUTRITIONALS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REID, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON, and MCNEIL NUTRITIONALS, LLC,<br><br>　　　　　　　Defendants. | Case No. 11CV1310 L (BLM)<br><br>Judge:   Hon. M. James Lorenz<br><br>**DEFENDANTS JOHNSON & JOHNSON AND MCNEIL NUTRITIONALS, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Johnson & Johnson and McNeil Nutritionals, LLC, by and through counsel, make the following disclosures:

1.　　Johnson & Johnson is a publicly-traded corporation.  Johnson & Johnson does not have a parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of its stock.

2.　　McNeil Nutritionals, LLC is a wholly-owned subsidiary of Johnson & Johnson.

DATED:  June 24, 2011　　　　　　　　　　　TUCKER ELLIS & WEST LLP


　　　　　　　　　　　　　　　　　　　　　s/Matthew I.Kaplan
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　JOHNSON & JOHNSON and MCNEIL
　　　　　　　　　　　　　　　　　　　　　NUTRITIONALS, LLC
　　　　　　　　　　　　　　　　　　　　　E-Mail:  matthew.kaplan@tuckerellis.com