UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REID, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>　　　　　　　　Defendants. | Case No. 11cv1310-L (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR A PROTECTIVE ORDER WITH MODIFICATIONS** |

　　　　On November 11, 2011, the parties filed a joint motion requesting that the Court enter the parties' Protective Order.  ECF No. 27.  The Court has considered the Stipulated Protective Order and, for good cause shown, the joint motion is **GRANTED** with the following modifications:

　　　　(1)　　Paragraph 16 should read: "If a party seeks to file with the Court material that has been designated "Confidential" or "Highly Confidential" under this Order, the party seeking to use the Confidential Material shall move to have it filed under seal.  However, no document may be filed under seal without explicit Court authorization.  In that respect, a party must file a 'public' version of any document that it seeks to file under seal.  In the public version, the party may redact only that information that is deemed 'Confidential' or 'Highly Confidential.'  The party should file the redacted document(s) simultaneously with a joint motion or *ex parte*

application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request.  A party should submit the unredacted document(s) directly to chambers."

(2) Paragraph 23 should read: "If this action is concluded before trial is commenced, the Order shall remain in full force and effect after such conclusion and the Court shall retain jurisdiction **over the parties and recipients of the Protected Documents for enforcement of the provisions of this Order for one year following termination of this litigation**.  In such a case, all materials (including copies) containing information designated as "Confidential" of "Highly Confidential" shall be returned to the Producing Party, or shall be disposed of in a manner assuring its confidential destruction, within the following time period: Within 30 days after final termination of this Action either by consensual dismissal with prejudice, after final appellate review has been obtained, or after the time for appeal has lapsed without the filing of an appeal by either of the parties.  Each party shall provide to the Designating Party a declaration certifying compliance with this paragraph.

**IT IS SO ORDERED**.

DATED:  November 14, 2011

*[signature: Barbara Major]*

BARBARA L. MAJOR
United States Magistrate Judge