1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11   ROBERT REID, on behalf of himself and    )    Civil No. 11cv1310 L (BLM)
     all others similarly situated,           )
12                                            )    **ORDER GRANTING**
                                 Plaintiff,    )    **DEFENDANTS' *EX PARTE***
13                                            )    **MOTION TO FILE**
     v.                                        )    **SUPPLEMENTAL AUTHORITY IN**
14                                            )    **SUPPORT OF DEFENDANTS'**
     JOHNSON & JOHNSON and McNEIL             )    **MOTION TO DISMISS [doc. #49]**
15   NUTRITIONALS, LLC,                        )
                                              )
16                               Defendants.   )
                                              )
17   _____      )

18          Defendants seek to file supplemental authority in support of their motion to dismiss.

19   (Doc. 46.)  Specifically, Defendants wish to supplement the record with an April 19, 2012

20   decision of the United States District Court for the District of New Jersey. *Young v. Johnson &*

21   *Johnson,* No. 11-2580 (NJD April 19, 2012). Plaintiff opposes the ex parte motion because the

22   *Young* case is not binding, is out-of-circuit, and designated "not for publication."

23          The Court finds that Defendants show good cause here for supplementing the record with

24   the *Young* case notwithstanding its limited value for this Court's consideration of the issues

25   raised here.

26   / / /

27   / / /

28   / / /

1    Accordingly, defendants' ex parte motion to file supplemental authority is **GRANTED**.

2    **IT IS SO ORDERED.**

3    DATED:  September 17, 2012

4    _____
     M. James Lorenz

5    United States District Court Judge

6    COPY TO:

7    HON. BARBARA L. MAJOR
     UNITED STATES MAGISTRATE JUDGE

8

9    ALL PARTIES/COUNSEL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11cv1310