TUCKER ELLIS LLP
Mollie F. Benedict SBN 187084
mollie.benedict@tuckerellis.com
Matthew I. Kaplan SBN 177242
matthew.kaplan@tuckerellis.com
Amanda Villalobos SBN 262176
amanda.villalobos@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:     213.430.3400
Facsimile:      213.430.3409
Attorneys for Defendants JOHNSON & JOHNSON, and
MCNEIL NUTRITIONALS, LLC

LAW OFFICES OF RONALD A. MARRON, APLC
Ronald A. Marron, Esq. (CA Bar No. 175650)
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

THE WESTON FIRM
Gregory Weston, Esq. (CA Bar No.239944)
1405 Morena Blvd., Suite 201
San Diego, California 92110
Telephone: (619) 798-2006
Facsimile: (480) 247-4553

LAW OFFICES OF JACK FITZGERALD
Jack Fitzgerald, Esq. (CA Bar No 257370)
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 692-3840
Facsimile: (619) 362-9555
Attorneys for Plaintiff Robert Reid

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REID, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>JOHNSON & JOHNSON, and MCNEIL NUTRITIONALS, LLC,<br><br>            Defendants. | Case No. 3:11-cv-01310-L-BLM<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the Court's June 6, 2015 Order, Plaintiff Robert Reid and Defendants Johnson & Johnson and McNeil Nutritionals, LLC hereby move for entry of the attached proposed Order of Dismissal, dismissing with prejudice all claims in the above-caption action.

Dated: July 9, 2015

TUCKER ELLIS LLP

By: /s/ Mollie F. Benedict
Mollie F. Benedict
Matthew I. Kaplan
Amanda Villalobos
515 S. Flower Street, 42nd Floor
Los Angeles, California 90071
mollie.benedict@tuckerellis.com
Telephone: (213) 430-3400
Fax: (213) 430-3409
Attorneys for Defendants Johnson & Johnson and McNeil Nutritionals, LLC

Dated: July 9, 2015

LAW OFFICES OF RONALD A. MARRON, APLC

By: /s/ Ronald A. Marron
ron@consumeradvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

2
JOINT MOTION FOR DISMISSAL WITH PREJUDICE
1087970.2

Dated: July 9, 2015

                LAW OFFICES OF JACK FITZGERALD
By: /s/ Jack Fitzgerald
jack@jackfitzgeraldlaw.com
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Telephone: (619) 692-3840
Facsimile: (619) 362-9555

Dated: July 9, 2015

                THE WESTON FIRM
By: /s/ Gregory S. Weston
greg@westonfirm.com
1405 Morena Blvd., Ste. 201
San Diego, California 92110
Telephone: (619) 798-2006
Facsimile: (480) 942-9126

Attorneys for Plaintiff Robert Reid

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual and the Standing Order for Civil Cases of U. S. District Judge M. James Lorenz, I hereby certify that the content of this document is acceptable to Ronald A. Marron, Jack Fitzgerald and Gregory Weston, counsel for Plaintiff Robert Reid, and that I have obtained Mr. Marron, Mr. Fitzgerald and Mr. Weston's authorization to affix their electronic signatures on this document.

Dated: July 9, 2015

                TUCKER ELLIS LLP

By: /s/ Mollie F. Benedict
Mollie F. Benedict
Matthew I. Kaplan
Amanda Villalobos
515 S. Flower Street, 42nd Floor
Los Angeles, California 90071
mollie.benedict@tuckerellis.com
Telephone: (213) 430-3400
Fax: (213) 430-3409
Attorneys for Defendants Johnson & Johnson and McNeil Nutritionals, LLC

# CERTIFICATE OF SERVICE

I hereby certify that, on July 9, 2015, a copy of the foregoing **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** was served electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: July 9, 2015

TUCKER ELLIS LLP

By: /s/ Mollie F. Benedict
Mollie F. Benedict
Attorneys for Defendants Johnson & Johnson and McNeil Nutritionals, LLC