UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REID, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and McNEIL NUTRITIONALS, LLC,<br><br>　　　　　　　　　Defendants. | Civil No. 11cv1310 L (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [ECF No. 77]** |

　　　Good cause appearing, the parties' joint motion for dismissal of the above-captioned case with prejudice is **GRANTED**. The Clerk of the Court is directed to close this case.

　　　**IT IS SO ORDERED**.

DATED: July 10, 2015

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28